THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRIUS C. VON DEN CORPUT, alias JOHN HENDRICKS, Appellant.— We find that we have not the power.    Any attempt by indirection to stay the execution would be fruitless and an improper attempt to interfere with the executive power.    (See fuller report of same case, 177 App. Div. 682.)

PAULINE ARNOLD, Appellant, v. DAVID OLIVER, Doing Business under the Firm Name and Style of D. OLIVER & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Thomas, J., dissented.

GEORGE E. BROWNELL, Appellant, v. DAISY M. BROWNELL, Respondent.— Judgment and order affirmed, without costs.    No opinion.    Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

JAMES CARTER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

MAY M. GUGEL and DAISY E. ATCHINSON, Respondents, v. EVERETT S. HISCOX and JESSE F. HISCOX, Appellants, and Another, Defendant.— Order affirmed on reargument, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of JACOB BROOKS, Appellant, for an Order Directing WILLIAM HARRY MONTGOMERY, an Attorney, Respondent, to Turn over Certain Moneys.— The learned justice at the Special Term in his discretion denied this extreme remedy.    Such relief is granted only in very clear cases, as a client's right may always be determined in an action.    (Matter of Schell, 128 N. Y. 67.)    No sufficient ground appears for this court to say that the Special Term should have ordered summarily such payment, and thus ignored and disregarded the attorney's lien as claimed.    The order is, therefore, affirmed, without costs, but such disposition is without prejudice to any action now pending, or which may be brought between these parties.    Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

SADIE E. KERN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed on reargument, with costs.    (See 177 App. Div. 929.)    No opinion.    Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

GEORGE MICHEL, Respondent, v. WALTON TOY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.